# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-8002**  **September Term, 2024**

**1:22-cv-02541-TNM**

**Filed On: May 8, 2025**

In re: Bratya SPRL,

      Petitioner

**O R D E R**

Upon consideration of the stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

      BY:    /s/
                Laura M. Morgan
                Deputy Clerk